No. 80–37. LESTER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–95. ENVIRONMENTAL DEFENSE FUND, INC., ET AL. *v.* ALEXANDER, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–106. SAICI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–118. DAY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–128. INVESTORS RESEARCH CORP. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–132. BERG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–145. UNDERWOOD ET AL. *v.* SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 80–154. MOLES *v.* MORTON F. PLANT HOSPITAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–199. BERKLEY MACHINE WORKS & FOUNDRY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 80–218. SHERWOOD *v.* BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–219. BIG BEAR SUPERMARKETS No. 3 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.